**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 05-6291

———————

TERRY WENDELL COPELAND,

                                        Plaintiff - Appellant,

        versus

ROBERT J. HURLEY, Forensic Scientist; STEVEN
E. HARRIS; NANCY S. FORSTER; ROBERT F. BARRY;
MICHAEL R. BRAUDES; SCOTT WHITNEY; THOMAS A.
KENNEDY; CAROL E. CHANCE; HOWARD MARGULIES;
KEVIN P. CLARK; JAMES W. HAGIN, JR., Detective
Sergeant; RONALD A. KARASIC; JOHN MERTEN,
F.B.I. Agent; RONALD LAMARTINA, Detective
Sergeant,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-05-
10-AMD)

———————

Submitted:  June 23, 2005            Decided:  June 30, 2005

———————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Terry Wendell Copeland, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry Wendell Copeland appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Copeland v. Hurley, No. CA-05-10-AMD (D. Md. Jan. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED